## THE HACKENSACK. THE TRITON. PENNSYLVANIA COAL CO. v. POTTER TRANSP. CO., Inc.

(Circuit Court of Appeals, Second Circuit. April 16, 1923.)

No. 263.

Appeal from the District Court of the United States for the Southern District of New York.

Suit in admiralty by the Pennsylvania Coal Company, owner of the barge Hackensack, against the Potter Transportation Company, Inc., owner of the steam tug Triton. Decree for respondent (291 Fed. 69), and libelant appeals. Affirmed.

Park & Mattison, of New York City (Anthony V. Lynch, Jr., of New York City, of counsel), for appellant.

Bigham, Englar & Jones, of New York City (Leonard J. Matteson and Andrew J. McElhinney, both of New York City, of counsel), for appellee.

Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed.